United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30810

JOHN WELLS,

Plaintiff - Appellant,

versus

JAMES R. LAMZ; TOM W. THORNHILL; COMMITTEE TO ELECT JIM LAMZ;
THORNHILL LAW FIRM, LLC; CHARLES C. FOTI, JR., ATTORNEY GENERAL
OF THE STATE OF LOUISIANA,

Defendants - Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:05-CV-1500
--------------------

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.